# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA APODACA, an Individual, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST STUDENT, INC., a Delaware corporation; FIRST STUDENT MANAGEMENT LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  1:25−cv−02073−FJS<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING RULE 26(f) CONFERENCE**<br><br>*Complaint Filed*: November 4, 2025<br>*Removal Date:* December 30, 2025<br>*Trial*: None currently Scheduled<br><br>(Doc. 7) |

-1-

ORDER CONTINUING RULE 26(f) CONFERENCE

The Court, having considered the Stipulation to Continue the Rule 26(f) Conference (Doc. 7) submitted by Plaintiff Monica Apodaca on behalf of herself and all others similarly situated ("Plaintiff") and Defendants First Student, Inc. and First Student Management LLC ("Defendants") (collectively, the "Parties"), and for good cause appearing, hereby rules as follows:

(1)    The Rule 26(f) Conference is continued from April 8, 2026, at 8:30 a.m. to **August 5, 2026, at 10:00 a.m. in Courtroom 8 (FJS)** of the U.S. Courthouse, 2500 Tulare Street, Fresno, CA 93721 **before Magistrate Judge Frank J. Singer**;

(2)    The Parties' scheduling report is due 7 calendar days in advance of the Rule 26(f) Conference;

(3)    The Parties' initial disclosures are extended by the same duration of time; and

(4)    In all other respects, the Parties are to continue to adhere to the Order Setting Mandatory Scheduling Conference issued on December 31, 2025.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2
ORDER CONTINUING RULE 26(f) CONFERENCE