UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MONICA APODACA, an Individual, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

FIRST STUDENT, INC., a Delaware corporation; FIRST STUDENT MANAGEMENT LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,

Defendants.

Case No.: 1:25−cv−02073−FJS

CLASS ACTION

ORDER CONTINUING RULE 26(f) SCHEDULING CONFERENCE

(ECF No. 9)

The court, having considered the second stipulation to continue the Rule 26(f) conference (ECF No. 9) submitted by Plaintiff Monica Apodaca on behalf of herself and all others similarly situated ("Plaintiff") and Defendants First Student, Inc. and First Student Management LLC ("Defendants") (collectively, the "parties"), and for good cause appearing, hereby ORDERS as follows:

(1) The scheduling conference is continued from August 5, 2026, at 10:00 a.m. to December 2, 2026, at 11:00 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

(2) The parties' scheduling report is due seven (7) calendar days in advance of the scheduling conference;

(3) The parties' initial disclosures are extended by the same duration of time; and

(4) In all other respects, the parties are to continue to adhere to the order setting mandatory scheduling conference issued on December 31, 2025.

IT IS SO ORDERED.

Dated: **July 31, 2026**

UNITED STATES MAGISTRATE JUDGE